UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS, et al,

    Plaintiffs,

v.

JOCELYN BENSON, et al,

    Defendants.

Case No. 20-00981
Judge Paul L. Maloney

| | |
|---|---|
| James D. Noseda<br>Patrick Cunningham<br>City of Detroit Law Department<br>Attorneys for Janice Winfrey<br>Two Woodward Avenue, 5th Floor<br>Coleman A. Young Municipal Ctr.<br>Detroit, MI 48226<br>(313) 237-3057 / 5032<br>nosej@detroitmi.gov<br>cunninghamp@detroitmi.gov<br>P52563<br>P67643 | Andrew A. Paterson<br>Attorney for Plaintiffs<br>2893 E. Eisenhower Pkwy.<br>Ann Arbor, MI 48108<br>aap43@outlook.com<br>(248) 568-9712<br>P18690 |

**Certificate of Compliance with L.R. 7.3(b)(ii)**

    The undersigned certifies that:

JANICE WINFREY'S MOTION TO DISMISS COUNT V OF THE AMENDED COMPAINT FOR FAILURE TO STATE A CLAIM, OR ALTERNATIVELY DROP IMPROPERLY JOINED CLAIM OR DISMISS FOR IMPROPER VENUE

contains 2753 words in 12 point Time New Roman typeface using Microsoft Word word processing software.

/s/ James D. Noseda P52563