# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ROBERT DAVIS,**

Plaintiff,

v.

**JOCELYN BENSON**, in her official and individual capacities as the Secretary of State, and
**JANICE WINFREY,** in her official and individual capacities as the Detroit City Clerk,
**DETROIT DEPARTMENT OF ELECTIONS,** and
**BRENDA GREEN,** in her official capacity as the Highland Park City Clerk,

Defendants.

Case No. 20-cv-00981

**Hon. Paul Maloney**

_____/

| | |
|---|---|
| **ANDREW A. PATERSON (P18690)**<br>Attorney for Plaintiffs<br>2893 E. Eisenhower Pkwy<br>Ann Arbor, MI 48108<br>(248) 568-9712<br>aap43@outlook.com | **HEATHER S. MEINGAST (P55439)**<br>ERIK GRILL (64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7659<br>meingasth@michigan.gov<br>grille@michigan.gov<br><br>JAMES D. NOSEDA (P52563)<br>City of Detroit Law Department<br>Attorneys for Defendants Winfrey<br>and Detroit Department of Elections<br>2 Woodward Ave, 5th Floor<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |

_____/

### STIPULATED ORDER

**GRANTING PLAINTIFF 21-DAY EXTENSION TO FILE A RESPONSE TO DEFENDANTS JANICE WINFREY AND DETROIT DEPARTMENT OF ELECTIONS MOTION TO DISMISS (ECF NO. 23).**

Upon Stipulation of Plaintiff and Defendants Janice Winfrey and Detroit Department of Elections, as evidenced by the signatures of their respective counsel below, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff is granted a 21-day extension to file a response to Defendants Janice Winfrey and Detroit Department of Election's motion to dismiss (ECF No. 23).  Plaintiff's response to Defendants Janice Winfrey and Detroit Department of Election's motion to dismiss (ECF No. 23) is now due on February 3, 2021.

IT IS SO ORDERED.

Dated: January __20__, 2021

/s/ Paul L. Maloney
_____
PAUL L. MALONEY
U.S. District Judge

STIPULATED AND AGEED TO AS TO FORM AND CONTENT:

| | |
|---|---|
| **/s/ ANDREW A. PATERSON** | **/s/ JAMES NOSEDA(with permission)** |
| **ANDREW A. PATERSON (P18690)** | **JAMES D. NOSEDA (P52563)** |
| Attorney for Plaintiffs | City of Detroit Law Department |
| 2893 E. Eisenhower Pkwy | Attorneys for Defendants Janice |
| Ann Arbor, MI 48108 | Winfrey and Detroit Dept. of Elections |
| (248) 568-9712 | 2 Woodward Ave., 5th Floor |
| aap43@outlook.com | Detroit, MI 48226 |
| | (313) 237-5032 |
| DATED: January 20, 2021 | nosej@detroitmi.gov |
| | DATED: January 20, 2021 |