UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT DAVIS,**

    Plaintiff,

Case No. 20-cv-00981

**Hon. Paul Maloney**

v.

**JOCELYN BENSON**, in her official and individual capacities as the Secretary of State, and
**JANICE WINFREY,** in her official and individual capacities as the Detroit City Clerk,
**DETROIT DEPARTMENT OF ELECTIONS,** and
**BRENDA GREEN,** in her official capacity as the Highland Park City Clerk,

    Defendants.

_____/

| | |
|---|---|
| **ANDREW A. PATERSON (P18690)**<br>Attorney for Plaintiffs<br>2893 E. Eisenhower Pkwy<br>Ann Arbor, MI 48108<br>(248) 568-9712<br>aap43@outlook.com | **HEATHER S. MEINGAST (P55439)**<br>ERIK GRILL (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7659<br>meingasth@michigan.gov<br>grille@michigan.gov |
| **JAMES W. MCGINNIS (P29323)**<br>J W MCGINNIS LLC<br>Counsel for Defendant Green<br>23456 Southfield Rd.<br>Southfield, MI 48075<br>(313) 446-9582<br>jwmlawoffices@sbcglobal.net | **JAMES D. NOSEDA (P52563)**<br>City of Detroit Law Department<br>Attorneys for Defendants Winfrey<br>and Detroit Department of Elections<br>2 Woodward Ave, 5th Floor<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |

_____/

**STIPULATED ORDER
GRANTING PLAINTIFF 14-DAY EXTENSION TO FILE A RESPONSE TO
DEFENDANT JOCELYN BENSON'S MOTION TO DISMISS (ECF NO. 30).**

Upon Stipulation of Plaintiff and Defendant Jocelyn Benson, as evidenced by the signatures of their respective counsel below, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff is granted a 14-day extension to file a response to Defendant Jocelyn Benson's motion to dismiss (ECF No. 30). Plaintiff's response to Defendant Jocelyn Benson's motion to dismiss (ECF No. 30) is now due on February 18, 2021.

IT IS SO ORDERED.

Date: January 28, 2021    /s/ Paul L. Maloney
PAUL L. MALONEY
U.S. District Judge


STIPULATED AND AGEED TO AS TO FORM AND CONTENT:

| /s/ ANDREW A. PATERSON | /s/ ERIK GRILL (with permission) |
|---|---|
| **ANDREW A. PATERSON (P18690)** | **HEATHER S. MEINGAST (P55439)** |
| Attorney for Plaintiffs | ERIK GRILL (P64713) |
| 2893 E. Eisenhower Pkwy | Assistant Attorneys General |
| Ann Arbor, MI 48108 | Attorneys for Defendant Benson |
| (248) 568-9712 | P.O. Box 30736 |
| aap43@outlook.com | Lansing, MI 48909 |
| DATED: January 28, 2021 | (517) 335-7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |
| | DATED: January 28, 2021 |