# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ROBERT DAVIS,**               Case No. 20-cv-00981
                    Plaintiff,       **Hon. Paul Maloney**

v.

**JOCELYN BENSON**, in her official and individual capacities as the Secretary of State, and
**JANICE WINFREY,** in her official and individual capacities as the Detroit City Clerk,
**DETROIT DEPARTMENT OF ELECTIONS,** and
**BRENDA GREEN,** in her official capacity as the Highland Park City Clerk,
                    Defendants.
_____/

| | |
|---|---|
| **ANDREW A. PATERSON (P18690)** | **HEATHER S. MEINGAST (P55439)** |
| Attorney for Plaintiffs | ERIK GRILL (P64713) |
| 2893 E. Eisenhower Pkwy | Assistant Attorneys General |
| Ann Arbor, MI 48108 | Attorneys for Defendant Benson |
| (248) 568-9712 | P.O. Box 30736 |
| aap43@outlook.com | Lansing, MI 48909 |
| | (517) 335-7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |
| | |
| **JAMES W. MCGINNIS (P29323)** | **JAMES D. NOSEDA (P52563)** |
| J W MCGINNIS LLC | City of Detroit Law Department |
| Counsel for Defendant Green | Attorneys for Defendants Winfrey |
| 23456 Southfield Rd. | and Detroit Department of Elections |
| Southfield, MI 48075 | 2 Woodward Ave, 5th Floor |
| (313) 446-9582 | Detroit, MI 48226 |
| jwmlawoffices@sbcglobal.net | (313) 237-5032 |
| | cunninghamp@detroitmi.gov |

_____/

## STIPULATED ORDER DISMISSING WITHOUT PREJUDICE COUNTS I, II, III, AND IV AGAINST DEFENDANT JOCELYN BENSON.

Upon Stipulation of Plaintiff and Defendant Jocelyn Benson, as evidenced by the signatures of their respective counsel below, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Counts I, II, III, and IV against Defendant Jocelyn Benson as pled and alleged Plaintiff's amended complaint (ECF No. 19) are hereby dismissed without prejudice and without costs to any party.

IT IS SO ORDERED.

_____

PAUL L. MALONEY
U.S. District Judge

Dated: February _____, 2021

STIPULATED AND AGEED TO AS TO FORM AND CONTENT:

| | |
|---|---|
| /s/ ANDREW A. PATERSON | /s/ ERIK GRILL (with permission) |
| **ANDREW A. PATERSON (P18690)** | **HEATHER S. MEINGAST (P55439)** |
| Attorney for Plaintiffs | ERIK GRILL (P64713) |
| 2893 E. Eisenhower Pkwy | Assistant Attorneys General |
| Ann Arbor, MI 48108 | Attorneys for Defendant Benson |
| (248) 568-9712 | P.O. Box 30736 |
| aap43@outlook.com | Lansing, MI 48909 |
| DATED: February 23, 2021 | (517) 335-7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |
| | |
| | DATED: February 23, 2021 |