UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT DAVIS,**

    Plaintiff,

Case No. 20-cv-00981

**Hon. Paul Maloney**

v.

**JOCELYN BENSON**, in her official and individual capacities as the Secretary of State, and
**JANICE WINFREY,** in her official and individual capacities as the Detroit City Clerk,
**DETROIT DEPARTMENT OF ELECTIONS,** and
**BRENDA GREEN,** in her official capacity as the Highland Park City Clerk,

    Defendants.

_____/

| | |
|---|---|
| **ANDREW A. PATERSON (P18690)**<br>Attorney for Plaintiffs<br>2893 E. Eisenhower Pkwy<br>Ann Arbor, MI 48108<br>(248) 568-9712<br>aap43@outlook.com | **HEATHER S. MEINGAST (P55439)**<br>ERIK GRILL (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7659<br>meingasth@michigan.gov<br>grille@michigan.gov |
| **JAMES W. MCGINNIS (P29323)**<br>J W MCGINNIS LLC<br>Counsel for Defendant Green<br>23456 Southfield Rd.<br>Southfield, MI 48075<br>(313) 446-9582<br>jwmlawoffices@sbcglobal.net | **JAMES D. NOSEDA (P52563)**<br>City of Detroit Law Department<br>Attorneys for Defendants Winfrey<br>and Detroit Department of Elections<br>2 Woodward Ave, 5th Floor<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |

_____/

**STIPULATED ORDER DISMISSING WITHOUT PREJUDICE COUNTS I, II, III, AND IV AGAINST DEFENDANT JOCELYN BENSON.**

Upon Stipulation of Plaintiff and Defendant Jocelyn Benson, as evidenced by the signatures of their respective counsel below, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Counts I, II, III, and IV against Defendant Jocelyn Benson as pled and alleged Plaintiff's amended complaint (ECF No. 19) are hereby dismissed without prejudice and without costs to any party.

IT IS SO ORDERED.

Dated: February 23, 2021

  /s/ Paul L. Maloney
PAUL L. MALONEY
U.S. District Judge

STIPULATED AND AGEED TO AS TO FORM AND CONTENT:

/s/ ANDREW A. PATERSON
**ANDREW A. PATERSON (P18690)**
Attorney for Plaintiffs
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com
DATED: February 23, 2021

/s/ ERIK GRILL (with permission)
**HEATHER S. MEINGAST (P55439)**
ERIK GRILL (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

DATED: February 23, 2021