UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

    Plaintiff,

v.

JOCELYN BENSON, et al.,

    Defendants.

_____/

Case No. 1:20-cv-981

HONORABLE PAUL L. MALONEY

## ORDER DISMISSING MOTION AS MOOT

On January 7, 2021, Defendant Jocelyn Benson filed a motion to dismiss pursuant to Rule 12(b)(4) and (6) of the Federal Rules of Civil Procedure (ECF No. 30). On February 23, 2021, an order dismissing Plaintiff's claims against Defendant Benson issued pursuant to a stipulation between Plaintiff and Defendant Benson (ECF No. 43).  Accordingly,

**IT IS HEREBY ORDERED** that the motion to dismiss  (ECF No. 30) is DISMISSED AS MOOT.

Dated:  February 24, 2021

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge