UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,  )
                Plaintiff,  )
                  )  No. 1:20-cv-981
-v-  )
                  )  Honorable Paul L. Maloney
JOCELYN BENSON, *et al.*,  )
                Defendants.  )
                  )

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 27, 2021                        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge